## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **CV 19-9647-JFW(JEMx)**                    Date:  January 7, 2020

Title:        Richard Seyd, et al. -v- Ford Motor Company, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                            None

**PROCEEDINGS (IN CHAMBERS):        ORDER GRANTING PLAINTIFFS' MOTION TO
                                                            REMAND [filed 12/11/19; Docket No. 13]**

On December 11, 2019, Plaintiffs Richard Seyd and Maura Vincent (collectively, "Plaintiffs") filed a Motion to Remand ("Motion").  On December 23, 2019, Defendants Ford Motor Company and Los Feliz Ford, Inc., d/b/a Star Ford Lincoln (collectively, "Defendants") filed their Opposition. On December 30, 2019, Plaintiffs filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for January 13, 2020 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

The Court's Standing Order, filed November 14, 2019 (Docket No. 7), provides in relevant part:  "Within two days of the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record."  Standing Order, § 5(f).  The deadline for filing the Reply was December 30, 2019, and, thus, the deadline for filing the Proposed Statement of Decision was January 2, 2020.  See L.R. 7-10.  Defendants failed to timely file and still have not filed the required Proposed Statement of Decision.

Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ."  In addition, the Standing Order expressly provides that the "[f]ailure to lodge the Proposed Statement will result in the denial or granting of the motion."  Standing Order, § 5(f).  Accordingly, pursuant to Local Rule 7-12 and the Standing Order, Plaintiffs' Motion is **GRANTED** for Defendants' failure to file the Proposed Statement of Decision.  In addition, the Court has reviewed Plaintiffs' Motion on the merits and also **GRANTS** Plaintiffs' Motion for the reasons set forth in Plaintiffs' Motion and

Initials of Deputy Clerk  _sr_

Reply.

Accordingly, Plaintiffs' Motion is **GRANTED**, and this action is **REMANDED** to Los Angeles Superior Court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__